Argued: September 9, 2021

IN THE COURT OF APPEALS

OF MARYLAND

Misc. No. 20

September Term, 2020

IN THE MATTER OF THE APPLICATION
OF A.D. FOR ADMISSION TO THE BAR OF
MARYLAND

Getty, C.J.
McDonald
Watts
Hotten
Booth
Biran,

JJ.

ORDER

Filed: September 13, 2021

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

**IN THE MATTER OF THE APPLICATION**   *    **IN THE**

**OF A.D.**      *     **COURT OF APPEALS**

**FOR ADMISSION TO THE**      *     **OF MARYLAND**

**BAR OF MARYLAND**      *     **Misc. No. 20**

        *     **September Term, 2020**

## O R D E R

The Court having considered the favorable recommendations of the Character Committee for the Fifth Appellate Judicial Circuit and the State Board of Law Examiners concerning the application of A.D. for admission to the Bar of Maryland, it is this 13th day of September, 2021

**ORDERED**, by the Court of Appeals of Maryland, a majority of the court concurring, that the favorable recommendations of the Character Committee for the Fifth Appellate Judicial Circuit and State Board of Law Examiners be, and they are hereby, accepted, and it is further

**ORDERED**, that the applicant be admitted to the Bar, conditioned upon satisfaction of the requirements of Maryland Rules 19-212 (Maryland Law Component) and 19-213 (Qualifying MPRE Score Required), and upon taking the oath prescribed by the statute.

/s/ Joseph M. Getty
Chief Judge